COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-281-CR

FABIAN LEE GREEN JR. APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE 213
TH
 
DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “Appellant’s Motion To Withdraw The Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure.  
 
Tex. R. App. P.
 
42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.  
See 
Tex. R. App. P.
 
42.2(a), 43.2(f). PER CURIAM

PANEL: LIVINGSTON
, DAUPHINOT
, and HOLMAN, JJ.

DO NOT PUBLISH

Tex. R. App. P.
 
47.2(b)

DELIVERED: December 18, 2008
 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 
47.4.